IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEENAN COOPER,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-5356 |
| | : | |
| **BIOMAT USA,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this   31st   day of August, 2011, upon careful consideration of the defendant's motion to dismiss (Document #16), and the failure of the plaintiff to comply with the court's Order dated April 28, 2011, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.